IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| OPEN TEXT S.A., <br><br>          Plaintiff, <br><br> v. <br><br> BOX, INC. and CARAHSOFT TECHNOLOGY CORPORATION, <br><br>          Defendants. | Civil Action No. 2:13-CV-00319-MSD-DEM <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AGAINST BOX, INC.

Plaintiff Open Text S.A. ("OpenText") hereby moves for a preliminary injunction enjoining Defendant Box, Inc. from infringing at least certain claims of U.S. Patent Nos. 7,062,515, 8,177,152, 7,287,055, and 7,299,258. The grounds for OpenText's Motion are set forth in its Brief in Support of its Motion for Preliminary Injunction Against Box, Inc., submitted herewith.

For the reasons stated in OpenText's Brief in Support of its Motion for Preliminary Injunction Against Box, Inc., OpenText requests this Court enter an oder enjoining Defendant Box, Inc. from infringing U.S. Patent Nos. 7,062,515, 8,177,152, 7,287,055, and 7,299,258.

Dated:  September 13, 2013	Respectfully submitted,

	_____/s/_____

	Gregory N. Stillman (VSB #14308)
	Brent L. VanNorman (VSB #45956)
	HUNTON & WILLIAMS LLP
	500 East Main Street, Suite 1000
	Norfolk, VA 23510
	Telephone: (757) 640-5300
	Facsimile: (757) 625-7720
	gstillman@hunton.com
	bvannorman@hunton.com

	Christopher C. Campbell (VA Bar No. 36244)
	COOLEY LLP
	One Freedom Square
	11951 Freedom Drive
	Reston, VA  20190-5656
	Telephone:  (703) 456-8000
	Facsimile:   (703) 456-8100
	ccampbell@cooley.com

	Thomas J. Friel, Jr. (*pro hac vice*)
	COOLEY LLP
	101 California Street, 5th Floor
	San Francisco, CA 94111-5800
	Telephone:  (415) 693-2000
	Facsimile:  (416) 693-2222
	tfriel@cooley.com

	Wayne O. Stacy  (*pro hac vice*)
	Sarah J. Guske (*pro hac vice*)
	Brian J. Eutermoser (*pro hac vice*)
	Britton F. Davis (*pro hac vice*)
	Peter J. Sauer (*pro hac vice*)
	Sara J. Radke (*pro hac vice*)
	COOLEY LLP
	380 Interlocken Crescent, Suite 900
	Broomfield, CO 80021-8032
	Telephone:  (720) 566-4000
	Facsimile:  (720) 566-4099
	wstacy@cooley.com
	sguske@cooley.com
	beutermoser@cooley.com
	bdavis@cooley.com
	psauer@cooley.com
	sradke@cooley.com

	*Attorneys for Plaintiff Open Text S.A.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2013, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice to:

Mark W. Wasserman
Matthew R. Sheldon
Richard C. Sullivan, Jr.
REED SMITH LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, VA 22042

Jesse L. Miller
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105

William R. Poynter
WILLIAMS MULLEN, P.C.
999 Waterside Dr., Suite 1700
Norfolk, VA 23510

*Counsel for Defendants Box, Inc. and Carahsoft Technology Corporation*

                                        /s/
Christopher C. Campbell (VA Bar No. 36244)
COOLEY LLP
One Freedom Square
11951 Freedom Drive
Reston, VA  20190-5656
Telephone:  (703) 456-8000
Facsimile:   (703) 456-8100
ccampbell@cooley.com
*Attorneys for Plaintiff Open Text S.A.*

397567 v1/CO

3