1  John P. Bovich (SBN 150688)
   Email:    jbovich@reedsmith.com
2  Scott D. Baker (SBN 84923)
   Email:    sbaker@reedsmith.com
3  Jonah D. Mitchell (SBN 203511)
   Email:    jmitchell@reedsmith.com
4  Adaline J. Hilgard (SBN 173213)
   Email:    ahilgard@reedsmith.com
5  REED SMITH LLP
   101 Second Street
6  Suite 1800
   San Francisco, CA  94105-3659
7  Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269
8
   Attorneys for Defendants
9  BOX, INC. and CARAHSOFT TECHNOLOGY
   CORPORATION

10

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                                SAN JOSE DIVISION

14  OPEN TEXT, S.A.,                              No.: 5:13-cv-04910-EJD

15                 Plaintiff,                     [~~PROPOSED~~] ORDER GRANTING
                                                  WITHDRAWAL OF WILLIAM R.
16          vs.                                   POYNTER AS COUNSEL OF RECORD

17  BOX, INC. and CARAHSOFT TECHNOLOGY
    CORPORATION,
18
                   Defendants.
19

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: 5:13-cv-04910-EJD                    – 1 –                    US_ACTIVE-115266949.2-JBOVICH 11/26/2013 4:09 PM

[PROPOSED] ORDER GRANTING WITHDRAWAL OF WILLIAM R. POYNTER AS COUNSEL OF RECORD

Defendants Box, Inc. and Carahsoft Technology Corporation's Withdrawal of William R. Poynter as Counsel of Record pursuant to Civil Local Rule 11.5 is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: __12/5_____, 2013.  _____
Hon. Edward J. Davila
United States District Judge

No.: 5:13-cv-04910-EJD — 2 —
[PROPOSED] ORDER GRANTING WITHDRAWAL OF WILLIAM R. POYNTER AS COUNSEL OF RECORD