IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPEN TEXT S.A., | CASE NO. 5:13-cv-04910 EJD |
| Plaintiff(s), | **ORDER VACATING STATUS CONFERENCE** |
| v. | |
| BOX, INC.; et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Statement (see Docket Item No. 152), the court finds that a Status Conference is unnecessary at this time. Accordingly, the status conference scheduled for December 19, 2013, is VACATED.

An order addressing the procedure for the hearing on the motion for preliminary injunction will issue from the court shortly. All other scheduling issues should be addressed at the Case Management Conference scheduled for February 28, 2014.

**IT IS SO ORDERED.**

Dated: December 17, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-04910 EJD
ORDER VACATING STATUS CONFERENCE