**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPEN TEXT S.A., | CASE NO. 5:13-cv-04910 EJD |
| Plaintiff(s), | **ORDER RE: HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| BOX, INC., et. al., | |
| Defendant(s). | |

With regard to the hearing on Plaintiff's Motion for Preliminary Injunction (Docket Item No. 64), the court orders as follows:

1. On or before **January 13, 2014**, the parties shall deliver to the undersigned's Courtroom Deputy, Elizabeth Garcia, unredacted chambers copies of all pleadings filed for the preliminary injunction motion to date, organized in binders, in a manner which also identifies the docket item number for each pleading.

2. On or before **January 20, 2014**, the parties shall deliver to Ms. Garcia 10 copies of any slides or other materials the parties intend to display during the hearing.

3. The time for the hearing is rescheduled from 1:00 p.m. to **2:30 p.m. on January 24, 2014**. The hearing shall last no longer than 2 hours, allocated equally between Plaintiff and Defendants.

4. In their presentations, the parties shall comply with the following limitations:
   - If construction of claim terms is necessary, the court will construe no more

1

than 6 collective terms.  On or before **January 20, 2014**, the parties shall file a Joint Preliminary Injunction Statement that lists each term, each party's proposed construction, and support for each party's proposed construction side by side, as shown in Attachment A of the undersigned's Standing Order for Patent Cases.

- As to any invalidity arguments, Defendants are limited to 10 prior art references, collectively.
- Oral argument presented at the hearing should be focused on the issues of (1) likelihood of success on the merits and (2) irreparable injury.  Oral argument on the issues of the balance of equities or the public interest is not necessary.

**IT IS SO ORDERED.**

Dated:  January 7, 2014



EDWARD J. DAVILA
United States District Judge