COOLEY LLP
Thomas J. Friel, Jr. (SBN 80065)
Sarah J. Guske (SBN 232467)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222
Email:   tfriel@cooley.com
         sguske@cooley.com

Attorneys for Plaintiff OPEN TEXT S.A.

REED SMITH LLP
John P. Bovich (SBN 150688)
Scott D. Baker (SBN 84923)
Jonah D. Mitchell (SBN 203511)
Adaline J. Hilgard (SBN 173213)
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone:   (415) 543 8700
Facsimile:   (415) 391 8269
Email:   jbovich@reedsmith.com
         sbaker@reedsmith.com
         jmitchell@reedsmith.com
         ahilgard@reedsmith.com

Attorneys for Defendant BOX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPEN TEXT S.A., | Case No. C 13-04910 EJD |
| Plaintiff, | [PROPOSED] ORDER ALLOWING EQUIPMENT IN COURTROOM |
| v. | |
| BOX, INC. and CARAHSOFT TECHNOLOGY CORPORATION, | Hearing: January 24, 2014<br>Time:    2:30 PM<br>Place:   Courtroom 4 |
| Defendants. | |

# [PROPOSED] ORDER

The Court hereby allows the following equipment to be brought into the Courtroom on January 24, 2014.

1 LCD projector

1 Pedestal stand

1 ELMO

5 flat panel monitors

4 Laptop computers

1 Distribution amplifier

1 1x6 switcher

1 Cart

2 tech tables

Various cables

**IT IS SO ORDERED.**

Dated: ___January 21___, 2014          _____
                                       Judge Edward J. Davila

403596 v1/CO