IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPEN TEXT S.A., | CASE NO. 5:13-cv-04910 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| BOX INC., et. al., | |
| Defendant(s). | |

The Case Management Conference currently scheduled for February 28, 2014, is CONTINUED to **March 28, 2014, at 10:00 a.m.**

In addition, the court notes that, contrary to this district's Standing Order re: Contents of a Joint Case Management Statement, the parties have filed a Joint Case Management Statement which exceeds 40 pages in length exclusive of the exhibit. Since the court does not find this case to be "unusually complex," the parties are ordered to re-file a compliant Joint Case Management Statement not exceeding 10 pages in length on or before **March 21, 2014.**

**IT IS SO ORDERED.**

Dated: February 26, 2014

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:13-cv-04910 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE