UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: 8/11/14      Judge: James Donato

Time: 26 Minutes

Case No.     **C-13-4910-JD**
Case Name    **Open Text S.A. v. Box, Inc. et al**

Attorney(s) for Plaintiff(s):    Alexandria Kachadoorian Wayne O. Stacy
Attorney(s) for Defendant(s):    Paul L. Sousa/Adaline J. Hilgard/John Bovich

Deputy Clerk: Lisa Clark      Court Reporter: Not Reported

PROCEEDINGS

Telephonic Discovery Hearing re: Dkt. Nos. 225 & 230 - Held.

RESULT OF HEARING

The Court denies Box's request for a protective order. The discovery sought by Open Text will be allowed. Open Text will file amended infringement contentions by 8/25/14. Box may file amended invalidity contentions by 9/8/14.

The Court orders the parties to meet and confer in person in Palo Alto, California regarding the Motion for Issuance of Letters Rogatory and to submit a final version of both plaintiff's and defendants' letters to the Court by 8/18/14. The parties should invite counsel for Alfresco to participate in the meet and confer. The hearing on the motion set for 8/13/14 will be vacated.