UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: October 3, 2014                                                         Judge: James Donato


Case No.      **C-13-4910-JD**
Case Name     **Open Text S.A. v. Box, Inc., et al.**

Attorney(s) for Plaintiff(s):     Wayne O. Stacy
Attorney(s) for Defendant(s):     John Bovich/James Daire/Jonah Mitchell

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Telephonic Discovery Hearing - Held.

## RESULT OF HEARING

The Court ordered that the Rule 30(b)(6) witnesses designated to testify on behalf of Open Text Corporation will testify on the topics noticed for all three of the relevant Open Text entities: Open Text S.A., Open Text, Inc., and Open Text Corporation.  The Open Text Corporation witnesses will testify based on information available to all three entities, and their answers will be binding on all three entities.
The Court ordered Box to reduce its invalidity contentions to 1,000 pages or less by 10/17/14.
The case was referred to Magistrate Judge Spero for a settlement conference to be held by 11/24/14 if his schedule permits.
The Court ordered all parties to have persons with full settlement authority participating in person at the settlement conference.  Telephone appearances will not be allowed.
The tutorial was continued to 11/13/14 at 10:00 a.m.
The claim construction hearing was continued to 11/20/14 at 2:00 p.m.