

Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Tel +1 415 543 8700
Fax +1 415 391 8269
reedsmith.com

**John P. Bovich**
Direct Phone:  +1 415 659 5926
Email:  jbovich@reedsmith.com

October 20, 2014

Magistrate Judge Joseph C. Spero
Phillip Burton Federal Building & United States Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Open Text S.A. v. Box, Inc., et al.*, Case No. C-13-04910-JD:

Dear Magistrate Judge Spero:

Pursuant to Dkt. 255, the Court has ordered the parties to meet and confer in person to discuss settlement by November 3, 2014.  Due to scheduling conflicts, the parties are unable to meet by that date but are able to meet on November 6, 2014. We therefore jointly request that the Court extend this deadline until November 6, 2014.

Thank you for your consideration.

| Sincerely, | Sincerely, |
|---|---|
| /s/ Wayne O. Stacy | /s/ John P. Bovich[1] |
| Counsel for Plaintiff Open Text S.A. | Counsel for Defendant Box, Inc. and Carahsoft Technology Corporation |

Dated:  10/22/14

*IT IS SO ORDERED*
Judge Joseph C. Spero

---

[1] Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, John Bovich, attest that concurrence in the filing of this document has been obtained from counsel for Open Text S.A. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed 20th day of October, 2014.

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON
SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ KAZAKHSTAN