1  John P. Bovich (SBN 150688)
   Email:     jbovich@reedsmith.com
2  Scott D. Baker (SBN 84923)
   Email:     sbaker@reedsmith.com
3  Jonah D. Mitchell (SBN 203511)
   Email:     jmitchell@reedsmith.com
4  Adaline J. Hilgard (SBN 173213)
   Email:     ahilgard@reedsmith.com
5  REED SMITH LLP
   101 Second Street
6  Suite 1800
   San Francisco, CA  94105-3659
7  Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269
8

9  Attorneys for Defendants
   BOX, INC. and CARAHSOFT
10 TECHNOLOGY CORPORATION

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15 | OPEN TEXT, S.A.,                              | No.: C 13-04910 JD

16 |                        Plaintiff,             | **[PROPOSED]** ORDER ALLOWING
                                                   | EQUIPMENT IN COURTROOM
17 |        vs.
                                                   | Tutorial:  November 13, 2014
18 | BOX, INC. and CARAHSOFT TECHNOLOGY            | Set up:    November 12, 2014
   | CORPORATION,                                  | Time:      10:00 a.m.
19 |                                               | Place:     Courtroom 11
20 |                        Defendants.            | Hon. James Donato

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

**[PROPOSED] ORDER**

The Court hereby allows the following equipment to be brought into the Courtroom on November 12, 2014 in advance of the tutorial set for November 13, 2014:

1 Elmo

2 Monitors

2 Pedestal stands

2 Tech tables

2 laptop computers

Cabling

**IT IS SO ORDERED.**

DATED: __11/12/14__, 2014.   _____
Hon. James Donato
United States District Judge



No. C 13-04910 JD   –1–

**[PROPOSED] ORDER ALLOWING EQUIPMENT IN COURTROOM**