UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: November 13, 2014                                                                 Judge: James Donato

Time: 2 Hours & 19 Minutes

Case No.        **C 13-04910-JD**
Case Name       **Open Text S.A. v. Box, Inc. et al.**

Attorney(s) for Plaintiff(s):   Wayne O. Stacy/Britt Davis/Expert: Nathaniel Polish
Attorney(s) for Defendant(s):   John Bovich/James A. Daire/Doyle Johnson/Expert:
                                Srinivasan Jagannathan

Deputy Clerk: Lisa R. Clark                                          Court Reporter: Rhonda Aquilina

PROCEEDINGS

Tutorial - Held.

RESULT OF HEARING

At the parties' request, the Court increased the page limits for defendant's motion for summary judgment. The opening and opposition briefs may go up to 40 pages. The reply may go up to 20 pages. The Court advised the parties that these are limits, not requirements, and they should work to come in as far as possible under the limits.