John P. Bovich (SBN 150688)
Email:      jbovich@reedsmith.com
Scott D. Baker (SBN 84923)
Email:      sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email:      jmitchell@reedsmith.com
Adaline J. Hilgard (SBN 173213)
Email:      ahilgard@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
BOX, INC. and CARAHSOFT
TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPEN TEXT, S.A., <br><br>                    Plaintiff, <br><br>        vs. <br><br> BOX, INC. and CARAHSOFT TECHNOLOGY CORPORATION, <br><br>                    Defendants. | No.: C 13-04910 JD <br><br> **[PROPOSED]** ORDER ALLOWING EQUIPMENT IN COURTROOM <br><br> Claim Construction <br> Hearing:            November 20, 2014 <br> Set up:             November 19, 2014 <br> Time:               2:00 p.m.. <br> Place:              Courtroom 11 <br><br> Hon. James Donato |

No.: C 13-04910 JD

## [PROPOSED] ORDER

The Court hereby allows the following equipment to be brought into the Courtroom on November 19, 2014, or at another date acceptable to the Court, in advance of the Claim Construction hearing set for November 20, 2014:

1 Elmo

2 Monitors

2 Pedestal stands

2 Tech tables

2 laptop computers

Cabling

**IT IS SO ORDERED.**

DATED: Nov. 17, 2014.



_____
Hon. James D.
United States District Judge

IT IS SO ORDERED
Judge James Donato

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No. C 13-04910 JD                                    –1–
**[PROPOSED] ORDER ALLOWING EQUIPMENT IN COURTROOM**