# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 13-cv-04910-JD (JCS)

**Case Name:** Open Text S.A. v. Box, Inc.

**Date:** November 17, 2014          **Time:** 3 H

**Deputy Clerk:** Karen Hom          **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Thomas Friel
**Attorney for Defendant:** John Bovich, Scott Baker, Jonah Mitchell

## PROCEEDINGS

(X)   Settlement Conference - Held

    ( ) Case Settled   (X) Case Did Not Settle   ( ) Partial Settlement

( )   Further Settlement Conference

    ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

( )   Telephonic Scheduling Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Status Conference

( )   Other

**Notes:** Parties to contact the Court after claim construction to discuss timing of further settlement conference.

**cc:**

*Telephonic Appearance