# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

---

Date:  11/20/14                                                                                                           Judge:  James Donato

Time: 1 Hour & 25 Minutes

Case No.        **C 13-04910 JD**
Case Name      **Open Text S.A. v. Box, Inc. et al.**

Attorney(s) for Plaintiff(s):      Wayne O. Stacy/Sarah Guske
Attorney(s) for Defendant(s):   John Bovich/Doyle Johnson

Deputy Clerk:  Lisa R. Clark                                       Court Reporter: JoAnn Bryce

## PROCEEDINGS

Claims Construction Hearing - Held.

## RESULT OF HEARING

The Court took claim construction under submission.

In light of Box's statement that it intends to bring a motion arguing that the Groupware patents are directed to patent-ineligible subject matter, the Court directed the parties to brief that motion separately from the summary judgment motions due on 12/5/2014.  Box's motion will be due on 12/5/2014; the opening and opposition briefs must not exceed 15 pages, and the reply brief must not exceed 10 pages.