John P. Bovich (SBN 150688)
Email:     jbovich@reedsmith.com
Scott D. Baker (SBN 84923)
Email:     sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email:     jmitchell@reedsmith.com
Adaline J. Hilgard (SBN 173213)
Email:     ahilgard@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
BOX, INC. and CARAHSOFT
TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPEN TEXT, S.A.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BOX, INC. and CARAHSOFT TECHNOLOGY CORPORATION,<br><br>　　　　　Defendants. | No.: C 13-04910 JD<br><br>**[PROPOSED]** ORDER ALLOWING **EQUIPMENT IN COURTROOM**<br><br>Hearing:　　January 14, 2015<br>Set up:　　January 13, 2015<br>Time:　　　2:00 p.m.<br>Place:　　　Courtroom 11<br><br>Hon. James Donato |

**[PROPOSED] ORDER**

The Court hereby allows the following equipment to be brought into the Courtroom ~~on January 13, 2015, or at another date acceptable to the Court~~, in advance of the hearing set for January 14, 2015: on January 14, 2015, between 11:30 am and 1:30 pm

1 Elmo

2 Monitors

2 Pedestal stands

2 Tech tables

2 laptop computers

Cabling

However, the Court does not anticipate extensive oral argument.

**IT IS SO ORDERED.**

DATED:  January 13  , 2015.



_____
Hon. James Donato
United States

IT IS SO ORDERED AS MODIFIED
Judge James Donato

No. C 13-04910 JD    –1–
**[PROPOSED] ORDER ALLOWING EQUIPMENT IN COURTROOM**