UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: January 14, 2015     Judge: James Donato

Time: 1 Hour and 7 Minutes

Case No.     **C 13-04910 JD**
Case Name     **Open Text, S.A. v. Box, Inc. et al.**

Attorney(s) for Plaintiff(s):     Thomas Friel, Jr./Orion Armon/Frank Pietrantonio/Brian Eutermoser/Wayne O. Stacy
Attorney(s) for Defendant(s):     John Bovich/Kirin Gill/James Daire/Jonah Mitchell

Deputy Clerk: Lisa R. Clark     Court Reporter: Rhonda Aquilina

PROCEEDINGS

Hearing re Defendants' Motion for Judgment on the Pleadings (Dkt. No. 295) - Held.
Hearing re Defendants' Motion for Summary Judgment (Dkt. No. 432-1) - Held.
Hearing re Open Text's Motion to Exclude Expert Testimony of Ryan Knotts (Dkt. No. 310) - Held.

RESULT OF HEARING

The Court scheduled a *Daubert* hearing on 1/20/2015 at 2:00 p.m. to evaluate Defendants' Motion to Exclude the Opinions and Testimony of Ms. Krista Holt (Dkt. No. 430-1). The hearing will consist of a presentation of the expert and her qualifications followed by cross-examination by defendants and questions from the Court.

Testimony from Ryan Knotts was excluded as being untimely disclosed.