John P. Bovich (SBN 150688)
Email:     jbovich@reedsmith.com
Scott D. Baker (SBN 84923)
Email:     sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email:     jmitchell@reedsmith.com
Adaline J. Hilgard (SBN 173213)
Email:     ahilgard@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
BOX, INC. and CARAHSOFT
TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPEN TEXT, S.A., | No.: C 13-04910 JD |
| Plaintiff, | **[PROPOSED] ORDER ALLOWING EQUIPMENT IN COURTROOM** |
| vs. | Hearing:     January 20, 2015<br>Set up:      January 20, 2015<br>Time:        2:00 p.m.<br>Place:       Courtroom 11 |
| BOX, INC. and CARAHSOFT TECHNOLOGY CORPORATION, | |
| Defendants. | Hon. James Donato |

# [**PROPOSED**] ORDER

The Court hereby allows the following equipment to be brought into the Courtroom on January 20, 2015, or at another date acceptable to the Court, in advance of the hearing set for January 20, 2015:

    1 Elmo

    4 Monitors

    4 Pedestal stands

    4 Tech tables

    4 laptop computers

    Cabling

    Easel and Paper

**IT IS SO ORDERED.**

DATED: __January 20__, 2015.



Hon. J_____
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware