UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C 13-4910 JD
Case Name: Open Text S.A. v. Box, Inc.

EXHIBIT and WITNESS LIST

| JUDGE:<br>James Donato | PLAINTIFF'S COUNSEL:<br>Thomas Friel, Jr./Wayne Stacy | DEFENSE COUNSEL:<br>Scott Baker |
|---|---|---|
| DAUBERT HEARING DATE:<br>1/20/15 | REPORTER(S):<br>Kelly Polvi | CLERK:<br>Lisa Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 2:11 p.m. |  |  | Plaintiff calls **Krista Holt --** Direct examination. |  |
| 1 |  |  |  |  | Krista Holt's Resume |  |
| 2 |  |  |  |  | Copy of Krista Holt's Report |  |
| 3 |  |  |  |  | Errata to Krista Holt's Report |  |
|  |  | 2:27 p.m. |  |  | Witness qualified as an expert. |  |
|  |  | 2:28 pm |  |  | Cross-examination by defense counsel of **Krista Holt.** |  |
|  |  | 3:22 p.m. |  |  | Re-direct examination by plaintiff's counsel of **Krista Holt.** |  |
|  |  | 3:34 p.m. |  |  | Court in recess. |  |
|  |  | 3:42 p.m. |  |  | Court in session -- Argument by counsel regarding Motion to Exclude the Opinions and Testimony of Krista Holt. |  |
|  |  | 4:15 p.m. |  |  | Court in recess. |  |