UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  January 21, 2015                                         Judge:  James Donato

Time: 30 Minutes

Case No.        **C 13-04910 JD**
Case Name     **Open Text S.A. v. Box, Inc. et al**

Attorney(s) for Plaintiff(s):     Thomas Friel, Jr./Wayne Stacy
Attorney(s) for Defendant(s):  John Bovich/Kirin Gill/James Daire/Jonah Mitchell/Scott Baker

Deputy Clerk:  Lisa R. Clark                               Court Reporter: Joanne Farrell

### PROCEEDINGS

Pretrial Conference – Held.

### RESULT OF HEARING

The Court will issue order on the motions in limine, proposed *voir dire*, and the motion to exclude the opinions of Krista Holt by 1/23/2015.
Each side will have 12 hours to present their evidence to the jury, excluding opening and closing arguments.
Each side will have up to 40 minutes for opening statements and up to 1 hour for closing arguments.
Trial days will be Monday, Tuesday, Thursday, and Friday.
Trial hours will be 8:30 am to 2:00 p.m., with two 15 minute breaks.
The Court will seat 8 jurors.
The Court will conduct all of the *voir dire* of the jury panel.
The parties are to meet and confer regarding narrowing the total number of asserted claims to 4 and the total number of prior art references to 12, and file a joint statement on 1/23/2015.
The parties will revise the proposed jury instructions in light of the Court's ruling regarding the validity of the Groupware patents and to track more closely the district's Model Patent Jury Instructions.
Further details will be provided in a pretrial conference order.