United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPEN TEXT S.A.,<br>           Plaintiff,<br>    v.<br>BOX, INC., et al.,<br>           Defendants. | Case No. 13-cv-04910-JD<br><br>**VOIR DIRE**<br>Re: Dkt. No. 409 |

The Court will ask these voir dire questions at the request of the parties. They are in addition to the Court's standard questions. The parties are responsible for printing sufficient copies of the lists at the end of the order for the jury. The parties must file a copy of the witness list to be distributed to the jury by **January 30, 2015**.

**IT IS SO ORDERED**.

Dated: January 26, 2015

_____
JAMES DONATO
United States District Judge

**VOIR DIRE QUESTIONS**

1. Do you have a science or engineering degree?
2. You have been given a list of companies.
    a. Have you, a family member, or anyone close to you ever worked for any of these companies?
    b. Are you personally acquainted with any officer, director, or employee of any of these companies?
    c. Do you or any member of your household now own, or have you or any such member ever owned, any stocks or bonds in any of these companies?
    d. Have you, a family member, or anyone close to you had any financial dealings with, or relied financially in any way on, any of these companies?
    e. Have you, a family member, or anyone close to you used any Box.com or Carahsoft products, services, or features?
    f. Have you, a family member, or anyone close to you used any Open Text products, services or features?
    g. Do you have any strong negative or positive opinions about any of these companies?
    h. Do you use any "cloud" file or document storage tools, for personal use or at work, made by companies other than Box or Open Text? Examples include Dropbox, Microsoft SharePoint, and Google Drive.
3. You have been given a list of the attorneys and law firms involved in this litigation. Are you related to, or personally acquainted with, any of these attorneys?
4. You have been given a list of the individuals who might appear as witnesses in this case. Are you related to, or personally acquainted with, any of those individuals?
5. Have you read about this case, heard it discussed, have an opinion regarding it, or otherwise have any personal knowledge of it beyond what you have heard this morning?
6. Have you, a family member, or anyone close to you ever appeared in court or a

court proceeding as a plaintiff or defendant, a witness, or as an expert?

7. Have you, a family member, or anyone close to you ever applied for a patent?

    a. What was the patent for?

    b. When did you [or they] apply for it?

    c. Was there any litigation involving the patent?

8. Do you have strong opinions about the United States patent system?

9. Do you believe that it is wrong for a company to sue another company for patent infringement?

10. Do you believe it is wrong for someone to profit from an invention?

11. Do you have strong opinions about software, or software patents?

12. Do you believe that it would be wrong for a company accused of patent infringement to challenge the validity of a patent granted by the United States Patent and Trademark Office?

13. Do you believe that it would be wrong to award damages to a patent owner if another company is determined to infringe a patent?

14. Do you have any difficulty understanding English or reading documents in English?

15. Do you know of any other matter or issue not previously discussed that you believe would affect your ability to be a fair and impartial juror in this case?

| | |
|---|---|
| 1 | **COMPANIES** |
| 2 | Open Text S.A. |
| 3 | Open Text Corp. |
| 4 | Open Text, Inc. |
| 5 | Box, Inc., a/k/a/ Box.com or Box.net |
| 6 | Carahsoft Technology Corporation |

**ATTORNEYS**

COOLEY LLP

Orion Armon
Sara J. Bradford
Angela L. Campbell
Christopher C. Campbell
Britton F. Davis
Brian J. Eutermoser
Janna K. Fischer
Thomas J. Friel, Jr.
Sarah J. Guske
Andrew Koning
Frank V. Pietrantonio
Peter J. Sauer
Wayne O. Stacy
J. Adam Suppes

REED SMITH

Scott D. Baker
John P. Bovich
James A. Daire
Jennifer DePriest
Kirin K. Gill
Seth B. Herring
Adaline J. Hilgard
Doyle Johnson
John W. McCauley, IV
Jesse L. Miller
Jonah D. Mitchell
Christine M. Morgan
William R. Overend
Keyonn L. Pope
Stuart A. Shanus
Matthew R. Sheldon
Paulo L. Sousa
Richard C. Sullivan, Jr.
Mark W. Wasserman

**WITNESSES**

[To be provided by parties.]