UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPEN TEXT S.A., <br>     Plaintiff, <br>   v. <br> BOX, INC., et al., <br>     Defendants. | Case No.  13-cv-04910-JD <br><br> **SUPPLEMENTAL PRETRIAL ORDER** |

The Court anticipates that jury selection and opening statements will be completed on February 2, 2015, with time left over for witness testimony. Plaintiff should be prepared to call its first witnesses on February 2. Both parties are reminded that failure to have witnesses ready to testify on a trial day will constitute resting.

In addition, when the parties submitted their chart of proposed documentary exhibits, they stated that they planned to submit an amended joint exhibit list before the pretrial conference. *See* Dkt. No. 418 at 2. If they plan on submitting an amended list, they should do so as soon as possible.

**IT IS SO ORDERED**.

Dated: January 28, 2015

_____
JAMES DONATO
United States District Judge