COOLEY LLP
THOMAS J. FRIEL, JR. (SBN 80065)
(tfriel@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

SARAH J. GUSKE (SBN 232467)
(sguske@cooley.com)
WAYNE O. STACY  (*pro hac vice*)
(wstacy@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:     (720) 566-4000
Facsimile:      (720) 566-4099

Attorneys for Plaintiff OPEN TEXT S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPEN TEXT S.A.,<br><br>                    Plaintiff,<br><br>          v.<br><br>BOX, INC. and CARAHSOFT TECHNOLOGY CORPORATION,<br><br>                    Defendants. | Case No. C 13-04910 JD<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO SEEK RECONSIDERATION OF THE COURT'S ORDER ON PLAINTIFF'S MOTION IN LIMINE NO. 1** |

Pursuant to Local Rule 7-9(b)(3), Open Text moves for leave to move for reconsideration of the Court's order denying as moot Open Text's Motion *in Limine* No. 1.  (Dkt. No. 469 at 3.) Open Text was diligent in bringing this Motion—seeking leave just two days after the Court's Order.  (Civil L.R. 7-9.)

In its January 26, 2015 "Order re Motions *in Limine*" (the "Order") the Court denied as moot Open Text's Motion *in Limine* No. 1, which relates to the testimony of Messrs. Knotts and Ghods and Defendants' experts' reliance on the testimony.  (Dkt. No. 469 at 3.)  While the Motion is moot with respect to the testimony of Mr. Knotts in light of Docket No. 441, the Motion with respect to Mr. Ghods is not mooted by Docket No. 454 as indicated in the Order.

Mr. Ghods' opinions and testimony that Open Text seeks to preclude relate not only to the Groupware patents, but also to the File Sync patents.  Defendants' damages expert Dr. Leonard relies on Mr. Ghods' non-infringing alternatives opinion relating to the File Sync patents.  (See Dkt. No. 311 at 11-12.)  Defendants have also indicated that they intend to elicit testimony from Mr. Ghods at trial.  (Dkt. No. 391 at 5.)  The same issue presented in Open Text's Motion *in Limine* No. 1 is currently before the Court in Open Text's pending motions to exclude Ghods and Leonard.  (Dkt. No. 311 at 11-12; Dkt. No. 299.)

Accordingly, Open Text respectfully requests leave to seek reconsideration of the Order on Open Text's Motion *in Limine* No. 1 as it pertains to Mr. Ghods.  (Civil L.R. 7-9.)

Dated:   January 28, 2015              COOLEY LLP

   *s/ Sarah Guske*
Thomas J. Friel, Jr. (SBN 80065)
Sarah J. Guske (SBN 232467)

Wayne O. Stacy *(pro hac vice)*
Brian J. Eutermoser *(pro hac vice)*
Britton F. Davis *(pro hac vice)*
Sara J. Bradford *(pro hac vice)*
Angela L. Campbell *(pro hac vice)*
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8032
Telephone: (720) 566-4000
Facsimile: (720) 566-4099
wstacy@cooley.com
sguske@cooley.com
beutermoser@cooley.com
bdavis@cooley.com
sbradford@cooley.com
acampbell@cooley.com

*Attorneys for Plaintiff Open Text S.A.*

113528518 v1