1   John P. Bovich (SBN 150688)
    Email:   jbovich@reedsmith.com
2   Scott D. Baker (SBN 84923)
    Email:   sbaker@reedsmith.com
3   Jonah D. Mitchell (SBN 203511)
    Email:   jmitchell@reedsmith.com
4   Adaline J. Hilgard (SBN 173213)
    Email:   ahilgard@reedsmith.com
5   REED SMITH LLP
    101 Second Street
6   Suite 1800
    San Francisco, CA  94105-3659
7   Telephone: +1 415 543 8700
    Facsimile: +1 415 391 8269
8
    Attorneys for Defendants
9   BOX, INC. and CARAHSOFT
    TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPEN TEXT S.A., | Case No. C 13-04910 JD |
| Plaintiff, | **[PROPOSED] ORDER RE: REMOTE REAL TIME TRANSCRIPT FEED** |
| v. | |
| BOX, INC. and CARAHSOFT TECHNOLOGY CORPORATION, | **Trial Date:** February 2, 2015<br>**Courtroom:** 11<br>**Judge:** Honorable J. Donato |
| Defendants. | |

No. C 13-04910 JD

ORDER RE: REMOTE REAL TIME TRANSCRIPT FEED

**ORDER**

The Court hereby authorizes Defendants Box, Inc. and Carahsoft Technology Corporation to arrange for a remote Realtime transcript feed for the duration of the trial, set to begin on Monday, February 2, 2015.  The Defendants may proceed to make arrangements with the Court Information Technology Group and the court reporter to bring into the courtroom the necessary computer equipment to facilitate the Realtime transcript feed.

Judicial Conference policy restricts access to Realtime unedited transcripts to parties to the case who have ordered Realtime; Defendants Box, Inc. and Carahsoft Technology Corporation are responsible for ensuring that the remote Realtime transcript feed is not provided to individuals or entities who are not participating in the case.

Only court reporters may provide Realtime unedited transcript feeds to any party or parties in the courtroom.

IT IS SO ORDERED.

Dated: January 29, 2015



Judge James Donato

No. C 13-04910 JD                             2.

ORDER RE: REMOTE REAL TIME TRANSCRIPT FEED