John P. Bovich (SBN 150688)
Email:     jbovich@reedsmith.com
Scott D. Baker (SBN 84923)
Email:     sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email:     jmitchell@reedsmith.com
Adaline J. Hilgard (SBN 173213)
Email:     ahilgard@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
BOX, INC. and CARAHSOFT
TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPEN TEXT, S.A.,<br><br>            Plaintiff,<br><br>     vs.<br><br>BOX, INC. and CARAHSOFT TECHNOLOGY CORPORATION,<br><br>            Defendants. | No.: C 13-04910 JD<br><br>**SUPPLEMENTAL [PROPOSED] ORDER ALLOWING EQUIPMENT IN COURTROOM**<br><br>Trial:       February 2, 2015<br>Set up:   January 30, 2015<br>Time:     8:30 a.m.<br>Place:     Courtroom 11<br><br>Hon. James Donato |

# [PROPOSED] ORDER

In addition to the equipment allowed at Trial pursuant to the Court's Order of January 28, 2015 (Dkt. 475), the Court hereby allows the following additional equipment to be brought into the Courtroom on January 30, 2015, or at another date acceptable to the Court, in advance of the trial set for February 2, 2015:

4 library carts

4 easels

Anchor Powered Speakers ( x2)

**IT IS SO ORDERED.**

DATED: __January 29__, 2015.



Hon. James Donato
United States District Judge

No. C 13-04910 JD                –1–
[PROPOSED] ORDER ALLOWING EQUIPMENT IN COURTROOM