UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPEN TEXT S.A.,<br><br>    Plaintiff,<br><br>    v.<br><br>BOX, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-04910-JD<br><br>**ORDER RE OPENING DEMONSTRATIVE OBJECTIONS**<br><br>Re: Dkt. No. 498 |

The Court makes the following rulings on the parties' objections to opening demonstratives:

1. **Open Text's objection to slide 12:** Granted.  Box will remove the "No actual software products are considered" and "Actual software products may be considered" bullet points.
2. **Open Text's objections to disputed trial exhibits (e.g., slide 27):** Denied.
3. **Open Text's objections to certain screenshots (e.g., slide 39):** Denied.
4. **Defendants' objection to slide 71:** Granted.
5. **Defendants' objection to slide 74:** Denied.
6. **Defendants' objection to slide 80:** Denied.
7. **Defendants' objection to slide 82:** Denied.

**IT IS SO ORDERED**.

Dated: January 31, 2015

_____
JAMES DONATO
United States District Judge