UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C 13-4910 JD
Case Name: Open Text S.A. v. Box, Inc. et al.

EXHIBIT and WITNESS LIST

| JUDGE: James Donato | PLAINTIFF ATTORNEY: Thomas Friel | DEFENSE ATTORNEY: John Bovich |
|---|---|---|
| JURY TRIAL DATE: 2/2/15 | REPORTER(S): Kathy Sullivan/Joann Ferrell | CLERK: Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:45 am | | | Court in session - Argument re damages proffer | |
| | | | | | Parties allowed one JMOL consisting of no more than 5 pages | |
| | | 9:02 am | | | Court in recess | |
| | | 9:27 am | | | Roll taken by clerk | |
| | | | | | 42 prospective jurors present | |
| | | 9:42 am | | | Voir dire began | |
| | | 10:31 am | | | Jury sworn by clerk | |
| | | | | | Court in recess | |
| | | 10:54 am | | | Court in session | |
| | | | | | Court preliminarily instructs the jury | |
| | | 11:27 am | | | FJC patent video shown to jurors | |
| | | 11:45 am | | | Court in recess | |
| | | 12:03 am | | | Court in session | |
| | | | | | **Plaintiff's** opening statement | |
| | | 12:45 pm | | | **Defendants'** opening statement | |
| | | 1:20 pm | | | Court in recess | |