UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C 13-4910 JD
Case Name: Open Text, S.A. v. Box, Inc., et al.

**Trial Sheet**

| JUDGE:<br>James Donato | PLAINTIFF'S ATTORNEY:<br>Thomas Friel | DEFENDANTS' ATTORNEY:<br>John Bovich |
|---|---|---|
| TRIAL DATE:<br>February 3, 2015 | REPORTER(S):<br>Kathy Sullivan/Joann Farrell | CLERK:<br>Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:33 am | | | Court in session | |
| | | 8:37 am | | | Court in session -- jury present | |
| | | 8:39 am | | | Plaintiff calls **Adam Howatson** -- direct examination | |
| 498 | | | X | X | Spreadsheet - Livelink ECM Price Calculator | LRC |
| 419 | | | X | X | SAP Solution Extensions by Open Text, ECM for SAP | LRC |
| | | 9:26 am | | | Cross-examination by defendants | |
| | 1802 | | X | X | Report: DRAFT, Enterprise Business Unit Open Text Financial Year '15 Planning Workbook | LRC |
| | 855 | | X | X | Deloitte Report: Open Text Corp; Valuation of Open Text's Intellectual Property | LRC |
| | 1813 | | X | X | Report: Tempo Box issues and Alternatives to grow market share | LRC |
| | | 9:50 am | | | Re-direct by plaintiff | |
| | | 9:55 am | | | Witness excused -- Court in recess | |
| | | 10:18 am | | | Plaintiff calls **Paul Loomis** -- examination by plaintiff | |
| | | 10:29 am | | | Examination by defendants | |
| | | 10:37 am | | | Witness excused | |
| | | 10:38 am | | | Plaintiff calls **Griffin Dorman** -- examination by plaintiff | |
| 125 | | | X | X | Open On Desktop PRD (BOX0564275-BOX0564283) | LRC |
| 217 | | | X | X | Project Vulcan Q1 Plans | LRC |
| 240 | | | X | X | R. Daniels email dated 1/18/12 re: Windows & Mac Users: Project Vulcan - Alpha for Box Employees ONLY! | |
| 218 | | | X | X | Box Edit Blog Post - Box Edit with Auto-Updated Means Easier File Editing, Forever | LRC |
| 257 | | | X | X | G. Dorman email re: Voice of the Customer: Box Edit | LRC |
| 303 | | | X | X | Box Edit | LRC |
| 259 | | | X | X | Power Point - Friday Lunch All Hands, dated 2/21/14 | LRC |
| 260 | | | X | X | M. Self email re Washington, DC Onsite Customer Visits Report: 7 customers, 39 interviews | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 261 | | | X | X | G. Dorman email re: Box for Office | LRC |
| | | 11:14 am | | | Examination by defendants | |
| | | 11:26 am | | | Examination by plaintiff | |
| | | 11:28 am | | | Witness excused | |
| | | 11:30 am | | | Plaintiff calls **Aaron Levie** -- examination by plaintiff | |
| 282 | | | X | | BoxWorks 2012 - Aaron Levie Keynote Part 1 | |
| 273 | | | X | X | M. Krasner email re: Win Notification - Jazz Pharmaceuticals Company Wide - 3 Year Term - #346 TCV | LRC |
| 453 | | | X | X | A. Levie email re: Box/SAP | LRC |
| 272 | | | X | X | Operation Scorched Earth: How Box is Going to Win | LRC |
| | | 12:04 pm | | | Witness excused -- Court in recess | |
| | | 12:31 pm | | | Plaintiff calls **Peter McGoff** -- examination by plaintiff | |
| | | 12:36 pm | | | Witness excused | |
| | | | | | Plaintiff calls **Sam Ghods** -- examination by plaintiff | |
| 336 | | | X | X | Code- Box Edit for Windows | LRC |
| 337 | | | X | X | Code - Box Edit for Macintosh | LRC |
| 339 | | | X | X | Code - Box for Android | LRC |
| | | 12:50 pm | | | Examination by defendants | |
| | | 12:51 pm | | | Examination by plaintiff | |
| | | 12:53 pm | | | Witness excused | |
| | | | | | Plaintiff plays video deposition of **Craig Abod** | |
| 162 | | | X | X | Carahsoft Intelligence Solutions - BOX | LRC |
| 340 | | | X | X | Reseller Agreement between Box and Carahsoft | LRC |
| | | | | | Plaintiff plays video deposition of **Matthew Rattigan** | |
| 171 | | | X | X | Spreadsheet (CARAH000001) | LRC |
| 137 | | | X | X | City of New York Purchase Order | LRC |
| 138 | | | X | X | City of Austin Purchase Order | LRC |
| | | | | | Plaintiff plays video deposition of **Sebastian Lemenager** | |
| 56 | | | X | X | Spreadsheet - The Atlas - April 6, 2014 | LRC |
| 60 | | | X | X | Spreadsheet - Enterprise Acct Analysis | LRC |
| 179 | | | X | X | Spreadsheet - Users Installed On Windows Sync vs. Mac Sync | |
| | | 1:55 pm | | | Court in recess | |
| | | 2:06 pm | | | Court in session -- out of the presence of the jury | |
| | | 2:07 pm | | | Court in recess | |
| | | | | | Plaintiff has 503 minutes left. Defendants have 675 minutes left. | |