UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPEN TEXT S.A.,<br><br>    Plaintiff,<br><br>    v.<br><br>BOX, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-04910-JD<br><br>**ORDER RE WITNESS AND EXHIBIT OBJECTIONS FOR 2/6/15**<br><br>Re: Dkt. No. 530 |

This order rules on the parties' objections to witnesses and exhibits for February 6, 2015.

1. **WarFTP**: Denied. Defendants should not rely on WarFTP as a prior art reference and should redact references to it in the screenshots.
2. **WS_FTP Pro Manual (TX618)**: The Court will discuss this objection with the parties the morning of February 6, 2015.
3. **Jagannathan slide 37 and TX712**: Denied.
4. **TX619-20**: The Court will discuss this objection with the parties the morning of February 6, 2015.
5. **Leonard testimony re $250,000 damages figure**: Denied.
6. **Peter McGoff testimony re Box settlement licenses:** Denied.
7. **Leonard reliance on Alfresco license**: Denied. Dr. Leonard should not testify as to the settlement amount.

    **IT IS SO ORDERED**.

Dated: February 5, 2015

_____
JAMES DONATO
United States District Judge