UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C 13-4910 JD
Case Name: Open Text, S.A. v. Box, Inc., et al.

TRIAL LOG
EXHIBIT and WITNESS LIST

| JUDGE: James Donato | PLAINTIFF'S ATTORNEY: Thomas Friel | DEFENDANTS' ATTORNEY: **John Bovich** |
|---|---|---|
| TRIAL DATE: 2/9/15 | REPORTER(S): Kathy Sullivan/Joann Farrell | CLERK: Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:39 am | | | Court in session -- out of the presence of the jury | |
| | | | | | Court denies motion to strike (Dkt. No. 540) | |
| | | | | | Court overrules objections (Dkt. No. 544) | |
| | 2788 | | X | X | Patent Claim Charts | LRC |
| | | 8:46 am | | | Court in session -- jury present | |
| | | 8:48 am | | | Continued direct examination of -- **Dr. Srinivasan Jagannathan** | |
| | 603 | | X | X | Screenshots for Magellan | LRC |
| | 606 | | X | X | Magellansalesdetails.pdf | LRC |
| | 610 | | X | X | Magellan Software: Magellan | LRC |
| | 658 | | X | X | U.S. Patent No. 6,735,623 B1 | LRC |
| | 663 | | X | X | U.S. Patent No. 6,714,968 | LRC |
| | 669 | | X | X | U.S. Patent No. 5,999,908 | LRC |
| | 670 | | X | X | U.S. Patent No. 7,222,078 | LRC |
| | 671 | | X | X | U.S. Patent No. 7,822,816 | LRC |
| | 668 | | X | X | U.S. Patent No. 5,867,686 | LRC |
| | | 8:59 am | | | Cross-examination by plaintiff | |
| | | 10:06 am | | | Re-direct by defendant | |
| | | 10:14 am | | | Re-cross by plaintiff | |
| | | 10:15 am | | | Court in recess | |
| | | 10:32 am | | | Court in session -- out of the presence of the jury | |
| | | | | | Court discusses question from juror no. 4 with parties | |
| | | 10:40 am | | | Court in session -- jury present | |
| | | | | | Court reads question from juror no. 4. | |
| | | | | | Examination by defendant in response to the juror question. | |
| | | 10:44 am | | | Defendant calls **Whitney Bouck** -- direct examination | |

| | | | | | Parties stipulate that the following exhibits were admitted on 2/6/15 -- 1552 and 700 | |
|---|---|---|---|---|---|---|
| | 757 | | X | X | Secure File sharing Plans and Pricing Box | LRC |
| | 40 | | X | X | Declaration Exhibit 4 - The Forrester Wave File sync and Share Platforms, Q3 2013 | LRC |
| | | 11:18 am | | | Cross-examination by plaintiff | |
| 263 | | | X | X | Box Corporate Pitch (External) | LRC |
| 32 | | | X | X | Market Overview: Secure Collaboration Questionnaire | LRC |
| | | 11:39 am | | | Re-direct by defendants | |
| | | 11:41 am | | | Witness excused | |
| | | 11:42 am | | | Defendant calls **Sam Ghods** -- direct examination | |
| | | 12:05 pm | | | Cross-examination by plaintiff | |
| | | 12:07 pm | | | Re-direct by defense | |
| | | 12:08 pm | | | Defendant calls **Christopher Binchi Yeh** -- direct examination | |
| | 852 | | X | X | Box Sync 4_Overview and FAQ | LRC |
| | | 12:21 pm | | | Cross-examination by plaintiff | |
| | | 12:26 pm | | | Re-direct by defendants | |
| | | 12:28 pm | | | Witness excused. Court in Recess | |
| | | 12:53 pm | | | Defendant calls **Peter McGoff** -- direct examination | |
| | 742 | | X | X | Patent Sub-License Agreement between IPMG and Box, Inc. | LRC |
| | 743 | | X | X | Settlement and Non-Exclusive Patent License Agreement Between Box, Inc. and Titanide Ventures, LLC. | LRC |
| | 744 | | X | X | Settlement, Release, and License Agreement between Data Speed Technology LLC and Box, Inc. | LRC |
| | 745 | | X | X | Settlement and License Agreement between MacroSolve, Inc. and Box, Inc. | LRC |
| | | 1:03 pm | | | Cross examination by plaintiff | |
| | | 1:08 pm | | | Witness excused | |
| | | | | | Defendant plays video deposition of **Raja Hawa** | |
| | 2150 | | X | X | Report: Enterprise Connect and Office Editor 10.3 Frequently Asked Questions | LRC |
| | | 1:23 pm | | | Defendant calls **Jeff Mannie** -- direct examination | |
| | | 1:30 pm | | | Witness excused | |
| | | | | | Defendant calls **Dr. Gregory Leonard** -- direct examination | |
| | 335 | | X | X | Curriculum Vitae of Gregory Leonard; Appendix A to Expert Rebuttal Report of Dr. Gregory K. Leonard | LRC |
| | | | | | Witness accepted as an expert in the area of Economics in Patent Litigation | |
| | | 1:45 pm | | | Court in recess | |

|  |  | 1:50 pm |  |  | Court in session |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Continued direct examination |  |
|  |  | 2:02 pm |  |  | Court in recess -- Jury excused |  |
|  |  |  |  |  | Court has discussion with parties out of the presence of the jury regarding the remaining witness in the case. Parties should be prepared to give closing arguments on Thursday. |  |
|  |  |  |  |  | Plaintiff has 305 minutes left; Defendant has 163 minutes left. |  |