UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C 13-4910 JD
Case Name: Open Text S.A. v. Box, Inc., et al.

TRIAL LOG
EXHIBIT and WITNESS LIST

| JUDGE: James Donato | PLAINTIFF'S ATTORNEY: Thomas Friel | DEFENDANTS' ATTORNEY: John Bovich |
|---|---|---|
| TRIAL DATE: 2/10/15 | REPORTER(S): Kathy Sullivan/Joann Farrell | CLERK: Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:54 am | | | Court in session -- out of the presence of the jury | |
| | | 9:07 am | | | Court in session -- jury present | |
| | | | | | Continued direct examination of **Dr. Gregory Leonard** -- by defendants | |
| | 330 | | X | X | Spreadsheet titled The Atlas | LRC |
| | | 10:00 am | | | Cross-examination by plaintiff | |
| | | 10:29 am | | | Court in recess | |
| | | 10:46 am | | | Court in session | |
| | | | | | Continued cross-examination by plaintiff | |
| | | 11:11 am | | | Court in recess | |
| | | 11:19 am | | | Court in session -- outside the presence of the jury | |
| | | 11:22 am | | | Court in session -- jury present | |
| | | | | | Continued cross examination by plaintiff | |
| | | 11:25 am | | | Re-direct by defendants | |
| | | 11:29 am | | | Re-cross by plaintiff | |
| | | 11:30 am | | | Witness excused | |
| | | | | | Defense rests | |
| | | | | | Plaintiff calls **Dr. Ketan Mayer-Patel** -- direct examination | |
| 328 | | | X | X | Patent Application No. 11/328,526 | LRC |
| 329 | | | X | X | 7,062,515 File History | LRC |
| 343 | | | X | X | File History for U.S. Patent No. 8,117,152 | LRC |
| | | 12:20 pm | | | Court in recess -- jury on break | |
| | | | | | Court in session -- out of the presence of the jury | |
| | | 12:24 pm | | | Court in recess | |
| | | 12:36 pm | | | Cross-examination by defendants | |
| | | 12:53 pm | | | Re-direct by plaintiff | |

|  |  | 12:54 pm |  |  | Plaintiff calls **Nicholas Carter** -- direct examination |  |
| --- | --- | --- | --- | --- | --- | --- |
| 2789 |  |  | X | X | Open Text Enterprise Connect Release Notes | LRC |
|  |  | 12:59 pm |  |  | Cross-examination by defendant |  |
|  |  | 1:00 pm |  |  | Court questions witness |  |
|  |  |  |  |  | Witness excused |  |
|  |  |  |  |  | Defendants call **Dr. Srinivasan Jagannathan** -- direct examination |  |
|  |  | 1:07 pm |  |  | Parties rest |  |
|  |  |  |  |  | Jury excused for the day |  |
|  |  |  |  |  | Court addresses parties outside the presence of the jury re: jury instructions and verdict form |  |
|  |  |  |  |  | Parties to submit a 2 page brief on Federal Circuit law re enablement instruction with citations only by 10:00 am tomorrow |  |
| 54 |  |  | X | X | Spreadsheet--Free-Users-Historical | LRC |
|  |  | 1:25 pm |  |  | Court in recess |  |