**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

# JURY TRIAL CIVIL MINUTE ORDER

**Case No.** 13-cv-04910-JD          **Case Name**:  Open Text S.A. v. Box, Inc., et al.

**Date:** Thursday, February 12, 2015          **Time**:  3 Hours & 32 Minutes

**The Honorable James Donato**

**Clerk**: LISA R. CLARK          **Court Reporter:** Kathy Sullivan/Joann Farrell

**COUNSEL FOR PLTF**:          **COUNSEL FOR DEFTS**:

Thomas Friel          John Bovich

Trial Began: 2/2/15          Further Trial: 2/13/15

**Trial Motions Heard:**          **Disposition**

1.

2.

3.

Other:

    See attached trial log.

Verdict:

Disposition of Exhibits: