UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C-13-4910 JD
Case Name: Open Text S.A. v. Box, Inc., et al.

EXHIBIT and WITNESS LIST

| JUDGE:<br>James Donato | PLAINTIFF'S ATTORNEY:<br>Thomas Friel | DEFENDANTS' ATTORNEY:<br>John Bovich |
|---|---|---|
| TRIAL DATE:<br>2/12/15 | REPORTER(S):<br>Kathy Sullivan/Joann Farrell | CLERK:<br>Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:55 am | | | Court in session out of the presence of the jury | |
| | | | | | Court advises parties that juror no. 1 has called in sick this morning and has been excused | |
| | | 9:05 am | | | Court in session -- jury present | |
| | | 9:07 am | | | Plaintiff's closing argument | |
| | | 9:59 am | | | Court in recess | |
| | | 10:08 am | | | Court in session -- Defendants' closing argument | |
| | | 11:09 am | | | Rebuttal by plaintiff | |
| | | 11:18 am | | | Court in recess | |
| | | 11:32 am | | | Court in session | |
| | | | | | Court instructs jury | |
| | | 12:26 pm | | | Jury deliberating | |
| | | 12:27 pm | | | Court in recess | |
| | | 5:00 pm | | | Jury recessed for the day. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |