UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## JURY TRIAL CIVIL MINUTE ORDER

**Case No.** 13-cv-04910-JD       **Case Name**:  Open Text S.A. v. Box, Inc., et al.

**Date:** Friday, February 13, 2015          **Time**: 21 Minutes

**The Honorable James Donato**

**Clerk**: Lisa R. Clark          **Court Reporter:** Kathy Sullivan/Joann Farrell

**COUNSEL FOR PLTF**:            **COUNSEL FOR DEFTS**:

Thomas Friel                     John Bovich

Trial Began:  2/2/15             Further Trial: _____

**Trial Motions Heard:**                 **Disposition**

1. _____                                _____

2. _____                                _____

3. _____                                _____

Other:

_____

Verdict:

For the plaintiff.  See attached trial log.

Disposition of Exhibits:

Civil Case Systems Administrator for Judge Donato