UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C-13-4910 JD
Case Name: Open Text S.A. v. Box, Inc., et al.

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>James Donato | PLAINTIFF'S ATTORNEY:<br>Thomas Friel | DEFENDANTS' ATTORNEY:<br>John Bovich |
|---|---|---|
| TRIAL DATE:<br>2/13/15 | REPORTER(S):<br>Kathy Sullivan/Joann Farrell | CLERK:<br>Lisa Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:30 am | | | Jury deliberating | |
| | | 10:00 am | | | Jury on break | |
| | | 10:20 am | | | Jury deliberating | |
| | | 11:45 am | | | Jury at lunch | |
| | | 12:15 pm | | | Jury deliberating | |
| | | 3:09 pm | | | Court in session. Court advises parties that the jury has reached a verdict. | |
| | | 3:11 pm | | | Court in session -- jury present. | |
| | | | | | Court reads verdict. | |
| | | | | | Verdict for the plaintiff in the amount of $4,918,661.00. | |
| | | 3:20 pm | | | Court thanks and excuses jury. | |
| | | 3:30 pm | | | Court in recess. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |