UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: June 24, 2015            Judge: Hon. James Donato

Time: 19 Minutes

RELATED ACTIONS:
Case No.      **C-13-04910-JD**
Case Name:    **Open Text S.A. v. Box, Inc. et al.**

Attorney(s) for Plaintiff(s):   Wayne Stacy/Frank Pietrantonio
Attorney(s) for Defendant(s):   John Bovich/James Daire/Kirin Gill

Deputy Clerk: Lisa R. Clark            Court Reporter: Lydia Zinn

## PROCEEDINGS

Motion for Judgment as a Matter of Law That File Synchronization Patents are not Enabled - Held.
Motion for Entry and Form of Judgment, Prejudgment Interest, and Taxable Costs - Held.
Defendants Renewed Motion for Judgment as a Matter of Law - Held.

## RESULT OF HEARING

The Court will issue an order disposing of the post-trial motions and approve a form of judgment.